# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-12-13-GF-BMM |
| Plaintiff, | |
| vs. | |
| ASHLEIGH M. GREYBULL, | |
| Defendant, | |
| ROOSEVELT MEDICAL CENTER, | |
| Garnishee. | |

Pursuant to the Motion of the United States (Doc. 91) and good cause appearing, **IT IS HEREBY ORDERED** that the hearing currently set for October 13, 2016, at 3:30 pm, is **VACATED**. Should the defendant fail to return the Agreed Final Order in Garnishment to the United States, the United States will notify this honorable court of the non-compliance and will request the garnishment hearing be reset.

DATED this 12th day of October, 2016.

_____
Brian Morris
United States District Court Judge